UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:19-cr-00271-VMC-TGW

THOMAS HILL
_____/

## DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR DOWNWARD VARIANCE

Defendant, **Thomas Hill,** by and through undersigned counsel, hereby moves this Court for a sentence of one hundred and eighty months' imprisonment followed by an appropriate term of supervised release. The nature and circumstances of this particular offense and the history and characteristics of Mr. Hill justify such a sentence as sufficient but not greater than necessary to achieve the mandates of 18 U.S.C. §3553(a).

As grounds for this motion, the following is offered:

## BDSM AND SOCIETY

Asking your partner to tie you to the bedpost, spanking, slapping, or pulling hair in the throes of lovemaking, playing with bodily fluids, and any number of similar (and more extreme) fetishes: all these acts fall under the umbrella of BDSM.

BDSM, often previously known as *sadomasochism* (or S & M), is an acronym and overarching abbreviation of *bondage* and *discipline, dominance* and *submission,* and *sadism* and *masochism*.[1] These terms refer to a physical, psychological, and sexual role-play involving power exchange between consensual participants.[2]

One subset of the dominant/submissive dynamic is the master-slave relationship, in which service and obedience are the core values.[3] These relationships exist with both females and males playing the submissive or "slave" role, though a female master is generally called a "Mistress". Id. Again, these relationships feature a consensual exchange of power by the submissive to the dominant. Id. Master-slave relationships are defined in advance and usually spelled out either with a contract or documented discussions that outline the

---

[1] De Neef N, Coppens V, Huys W, et al. Bondage-Discipline, Dominance-Submission and Sadomasochism (BDSM) From an Integrative Biopsychosocial Perspective: A Systematic Review. Sex Med 2019;7:129–144.

[2] Weinberg M.S., Williams C.J., Moser C. The social constituents of sadomasochism. Soc Probl. 1984;31:379–389, See also Alison L., Santtila P., Sandnabba N.K. Sadomasochistically oriented behavior: Diversity in practice and meaning. Arch Sex Behav. 2001;30:1–12, See also Holvoet L., Huys W., Coppens V. Fifty shades of Belgian gray: The prevalence of BDSM-related fantasies and activities in the general population. J Sex Med. 2017;14:1152–1159.

[3] Rubel, Robert J. Master/slave Relations: Handbook of Theory and Practice: Nazca Plains Corporation, 2006.

desires, limits, and expectations of the parties.[4] Because consent is key, a slave may at any time withdraw consent and nullify the relationship.[5]

Historically, BDSM practices and interests have been pathologized.[6] The Diagnostic and Statistical Manual of Mental Disorders ("DSM") first classified BDSM interests as a "sexual deviation" and later "sexual disorders".[7] Of course, the manual gave the same classification(s) to homosexuality until 1973. Id.

However, in response to lobbying on the part of BDSM groups like the National Coalition for Sexual Freedom, who pointed to the absence of evidence supporting the pathologization of these practices, more recent versions of the DSM have altered the diagnostic codes for these behaviors.[8] The current edition distinguishes between normal, healthy BDSM behavior and dysfunctional mental illness, and thereby recognizes that many people are quite comfortable with their potentially non-mainstream sexual interests expressed through consensual practices. Id. Again, *consent is key*.

---

[4] Slave, Grateful; Baldwin, Guy; Bean, Joseph W. SlaveCraft - roadmaps for erotic servitude: principles, skills, and tools, Daedalus Pub. Co. 2002.

[5] Rinella, Jack; Bean, Joseph W. The Compleat Slave: creating and living an erotic dominant/submissive lifestyle, Daedalus Pub. Co. 2003.

[6] De Block A., Adriaens P.R. Pathologizing sexual deviance: A history. J Sex Res. 2013;50:276–298.

[7] American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 1st ed. Washington, DC: Author; 1952 and 1968 respectively.

[8] See supra note 1.

The prevalence of BDSM participation is not precisely known, but a Google search of "BDSM" today returned 403 million Web pages. A 1993 study found that up to 14% of American males and 11% of American females had engaged in some form of BDSM.[9] A 2013 study of university students found that 65% have had fantasies of being tied up, and 62% have had fantasies of tying up a partner (in an erotic context).[10]

Much more clear is that today, BDSM imagery and concepts proliferate across the American pop culture landscape. The recent smashing success of the *Fifty Shades of Grey* books and movies, among others, have led to an increased awareness of this expression of intimacy and sexuality.[11] Contemporary mainstream interest in BDSM has thankfully done much to reduce the stigma associated with these practices. Of course while most people accept that what consenting adults do behind their closed bedroom doors is their business, some will always seek to criticize those who have unique fetishes. As a prominent author on BDSM notes, "A pervert is anybody kinkier than you are."[12]

---

[9] Janus S., Janus C. The Janus report on sexual behavior. New York, NY: John Wiley & Sons; 1993.

[10] Renaud C. A., Byers E. S. Exploring the frequency, diversity and content of university students' positive and negative sexual cognitions. Canadian Journal of Human Sexuality, 1999;8(1):17–30.

[11] The best-selling book of the past decade in the United States was *Fifty Shades of Grey*, by E.L. James, which sold 15.2 million copies from 2010 through 2019.

[12] Wiseman, Jay. SM 101: A realistic introduction. Greenery Press, 1996.

Thomas Hill and Emily Wise shared an interest in BDSM that brought them together. Neither one of them was sick or evil because of this. They were simply adults who explored sexual fetishes outside the mainstream. And for Mr. Hill, no force or coercion was ever desired or accepted outside of their very clear agreements – Ms. Wise's consent was key to him.

## AGE OF CONSENT LAWS

In the United States, age of consent laws – those which determine who is a consenting adult with regard to sexual activity – are made at the state level.[13] There are several federal statutes related to sexual activity involving "minors" (including those to which Mr. Hill has pleaded guilty to violating), but laws regarding specific age requirements for sexual consent are left to individual states, the District of Columbia, and other territories. Id.

Importantly, the age of consent for sexual activity in Emily Wise's home state of Georgia is 16.[14] This is the case with the vast majority of states. In fact, only a tiny of fraction of U.S. states – 12, to be precise – have ages of consent for sexual activity of 18 years. Id. The sexual relationship between Mr. Hill and

---

[13] Drobac, Jennifer Ann (2013), "Wake up and Smell the Starbucks Coffee: How Doe v. Starbucks confirms the end of 'the Age of Consent' in California and Perhaps Beyond", Boston College Journal of Law & Social Justice, **33** (Iss. 1, Art. 2).

[14] See STATUTORY RAPE: A GUIDE TO STATE LAWS AND REPORTING REQUIREMENTS. SEXUAL INTERCOURSE WITH MINORS, U.S. Dep't. of Health and Human Services, at https://aspe.hhs.gov/report/statutory-rape-guide-state-laws-and-reporting-requirements-summary-current-state-laws/sexual-intercourse-minors

E.W. was obviously consensual, based on their detailed chat log which chronicled months' worth of conversations they had before ever meeting in person. Further, their relationship was 100% legal until they crossed state lines into Florida together at Ms. Wise's request.

## DISCUSSION OF FACTS AND EVIDENCE

Mr. Hill's relationship with Ms. Wise began on a website dedicated to BDSM relationships: www.alt.com. Ms. Wise lied about her age through the site in order to create a profile, as the minimum age to join and chat is 18 (though we do not deny that Mr. Hill learned her true age of 17 early in their relationship). All of the BDSM behaviors that Mr. Hill and Ms. Wise ultimately engaged in were discussed at length in advance of them ever meeting, either through the site or on Skype chats. She heartily consented, as an adult in the eyes of her home state of Georgia, to participate in their master-slave relationship as the submissive partner.

Until she changed her mind, Ms. Wise was a very willing participant in their relationship who had genuine affection for – and sexual attraction to – Mr. Hill. This is clear when reading two letters Ms. Wise wrote and left behind in his home at some point before she walked out the door: one to Mr. Hill and the other to a brother she refers to as, "Bubba".[15]

---

[15] See Ms. Wise's letters attached hereto as Exhibit A.

Importantly, Mr. Hill was very hesitant to ever bring Ms. Wise from Georgia to Florida. He only relented when she lied to him and claimed that her parents were about to sell her into some form of sexual slavery. She essentially begged Mr. Hill to come rescue her. And against his better judgment, he made the trip. He will now pay a hefty price for that decision. But all the factors above should weigh heavily on this court in determining a reasonable and mitigated sentence for him.

## THE HISTORY AND CHARACTERISTICS OF THOMAS HILL

Thomas Hill was one of two boys born to loving mother Tomi Hill in 1979. PSR ¶74. Thought he did not have a relationship with his father, his was largely a loving and stable home. PSR ¶¶76-79. While socially shy, Mr. Hill was an intellectual "bookworm" and excelled academically. PSR ¶¶84, 94-98. He graduated from North High School in Torrance, California with a 3.14 GPA in the top half of his class. PSR ¶94. He then went on to college at the University of South Florida and earned a bachelor's degree in computer science. PSR ¶95.

Having completed his education, Mr. Hill decided to serve his county and enlisted in the United States Navy. PSR ¶99. He served for six years and was honorably discharged at the rank of E5 as a 2nd Class Petty Officer. Id. During that time, he was trained as a nuclear electrician and spent a significant amount of time underwater – on the nuclear submarine U.S.S. Jefferson City.[16]

---

[16] See Wikipedia entry on this storied vessel at https://en.wikipedia.org/wiki/USS_Jefferson_City

He was also decorated with multiple citations including the Good Conduct Medal, the National Defense Service Medal, and the Sea Service Deployment ribbon.[17]

Since leaving the military, Mr. Hill has maintained steady full-time employment at the Hillsborough County Community College in a variety of positions including math tutor and laboratory technician. PSR ¶100. He has also pursued a wide variety of educational and service opportunities since his incarceration, in an earnest attempt to make the best of his difficult situation, improve himself, and help others.[18]

### CONCLUSION AND REQUEST FOR REASONABLE SENTENCE

Congress has stated that "sentencing decisions should be designed to ensure that prison resources are, first and foremost, reserved for those violent and serious criminal offenders who pose the most dangerous threat to society." See Pub. L. No. 98-473, § 239, 98 Stat. 1987, 2039 (1984)(set forth at 18 U.S.C. § 3551 note).

When this Court considers punishment and deterrence in this case, the law-abiding behavior of Mr. Hill throughout his life should be given heavy weight. Mr. Hill is a man who had never spent a single day in jail before his arrest in this case, and now potentially faces decades behind bars. He has no history of similar

---

[17] See Mr. Hill's redacted DD-214 attached hereto as Exhibit B.
[18] See redacted email from Mr. Hill to his mother (forwarded to counsel) attached hereto as Exhibit C.

conduct and no demonstrable propensity toward committing further criminal conduct.

Further, there is a lifetime's worth of collateral consequences attendant to this type of conviction, which will likely require sex offender notification and registration for Mr. Hill's residence, employment, and/or school. He is also now a convicted felon, which alone carries significant restraints on certain civil liberties. The term of supervised release in this case, which is a minimum of five years following Mr. Hill's release from prison, must also be considered in the totality of this sentence. PSR ¶105.

Mr. Hill is an educated, hard-working, honorable veteran of this county. He is a person deserving of some measure of forgiveness and mercy based on the many mitigating factors outlined in the memorandum. While his crimes of conviction are always serious, there is certainly a spectrum of behavior by those who commit these acts which must be considered in determining a just sentence.

Mr. Hill has accepted responsibility for breaking the law, and understands that he faces a substantial period of incarceration. Fifteen years in prison is a devastating term for someone like Mr. Hill. His life will be forever charged by that punishment. It is sufficient term to accomplish the goals of sentencing after full consideration of the §3553(a) factors.

WHEREFORE, the Defendant, THOMAS HILL, respectfully moves this Honorable Court to impose a sentence of one hundred and eighty months'

imprisonment followed by a term of supervised release, which is no higher than necessary to accomplish the goals of sentencing.

DATED this 14th day of August, 2020.

Respectfully submitted,

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

/s *Paul Downing*
Paul Downing
Assistant Federal Defender
Bar No. 307704
400 North Tampa Street
Suite 2700
Tampa, FL. 33602
Tel.: (813) 228-2715
Fax: (813) 228-2562
Email:Paul_Downing@fd.org

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of August, 2020, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

AUSA Candace Rich

*/s Paul Downing*
Paul Downing
Assistant Federal Defender

# EXHIBIT A

What goes through my head when you suddenly do that is "Oh my god, please don't stop" "Fuck me harder master, please" "Don't pull out this time, god please don't pull out". And also to tell you the truth, sometimes, oh alot of the times when I look at you I think to myself "Master please come fuck me, and use me like you wish". And at first I was not going to tell you that, but I thought might as well.

Dear Bubba,

Thinking of you is all I can do, I can't seem to get you off my mind. Everywhere I turn I see you, when I close my eye's your still thare. I never did tell you how much you mean to me, and that ways hevaly on my heart. I'm sorry I had to go without saying goodbye. You know, you where the only one who felt the way I did. I know you needed me, but I just had to go. There's not a day that goes by that im not missing you. You where the only thing that made me laugh and smile in that house, you gave me hope that one day I would be out of there and that I could be happy. You are my little brother and I love you so very much, and again im sorry I had to go away, but hay, it'll be alright, just hold on tight, you'll get through it. See I just had to go away, you'll understand someday. And im sorry I couldn't take you with me, and yes I know we promised we'd leave togeather and move fare away from that place, we where all echother had, and I know I probly made you mad, but I know how strong you are, I watched you grow up and become a remarkable

young man. You will do great things I know. You held me up when I was down, we helped eachother through the hardest of times. Life just isn't fair, it never was. You always said that life is crule and people are full of hate, but when papa diyed, and I told you that life is beuatful and so are peoples hearts, and that you just have to find that beuaty in everything, you know why I said that, it was because of you. Because you were the beuaty in my life. I had to go my own way to find the rest of that beuaty, to find someone who loves me the way you do, that's what you always told me to do. Oh, and Bubba, I did. I found someone who loves me and who means the world to me. I would take a bullet for this man, and I love him with every fiber in my body. I wish the best fore you, and I hope you find someone who loves you the way I do.

fore ever + always,
your sister,
Emily ♥

# EXHIBIT B

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES    THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.    ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| Field | Value |
|---|---|
| 1. NAME (Last, First, Middle) | HILL, THOMAS RICHARD |
| 2. DEPARTMENT, COMPONENT AND BRANCH | NAVY-USN |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4a. GRADE, RATE OR RANK | EM2 |
| 4b. PAY GRADE | E5 |
| 5. DATE OF BIRTH (YYYYMMDD) | 19790314 |
| 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) | 20050403 |
| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | LOS ANGELES MEPS, LOS ANGELES, CA |
| 7b. HOME OF RECORD AT TIME OF ENTRY | 18308 AVIS AVE, TORRANCE, CA 90504 |
| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | USS JEFFERSON CITY (SSN-759) BREMERTON, WA |
| 8b. STATION WHERE SEPARATED | PERSUPPDET BREMERTON, WA |
| 9. COMMAND TO WHICH TRANSFERRED | NAVAL RESERVE PERSONNEL CENTER, NEW ORLEANS, LA 70149 |
| 10. SGLI COVERAGE | AMOUNT: $250,000.00 / NONE |

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
3354-SUBMARINE NUCLEAR PROPULSION PLANT OPERATOR-ELECTRICAL, 4YRS 2MOS. X
ET-4752-ELECTROLYTIC OXYGEN GENERATOR(MODEL 6L16) MAINTENANCE TECHNICIAN, 3YRS 2MOS X
X    X
X    X
X    X

**12. RECORD OF SERVICE** | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 97 | OCT | 06 |
| b. SEPARATION DATE THIS PERIOD | 03 | OCT | 05 |
| c. NET ACTIVE SERVICE THIS PERIOD | 06 | 00 | 00 |
| d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| f. FOREIGN SERVICE | 00 | 00 | 00 |
| g. SEA SERVICE | 03 | 10 | 20 |
| h. EFFECTIVE DATE OF PAY GRADE | 02 | SEP | 16 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
GOOD CONDUCT MEDAL, NAVY EXPEDITIONARY MEDAL(2), NATIONAL DEFENSE SERVICE MEDAL, ARMED FORCES EXPEDITIONARY MEDAL(2), SEA SERVICE DEPLOYMENT RIBBON. X
X    X    X
X    X    X

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)
RECRUIT TRAINING(8WKS)DEC97; NF-EM CLASS "A" SCHOOL(16WKS)MAY98; OPER TRNG MTS-635 PROTOTYPE(26WKS)JUL99; NTC CLASS(24WKS)DEC98; SHIPBOARD SECURITY ENGAGEMENT TACT(1WK) JAN00; ELEC TECH(2WKS)APR00.X    X
X

| | YES | NO |
|---|---|---|
| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | | X |
| b. HIGH SCHOOL GRADUATE OR EQUIVALENT | X | |
| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | X | |

**16. DAYS ACCRUED LEAVE PAID** 59.5

**18. REMARKS**
SUBJECT TO ACTIVE DUTY RECALL AND/OR ANNUAL SCREENING.X
43137-03-0140-RJW.X
X    X    X    X    X
X    X    X    X    X
X    X    X    X    X
X    X    X    X    X
X    X    X    X    X
X    X    X    X

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION | 19b. NEAREST RELATIVE |
|---|---|
| 406 BIG CEDAR WAY, BRANDON, FL 33510 | TOMI S HILL, 406 B CEDAR WAY, BRANDON, FL 33510 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | FL |
| DIRECTOR OF VETERANS AFFAIRS | X YES |

**21. SIGNATURE OF MEMBER BEING SEPARATED** /s/ Thomas Hill
**22. OFFICIAL AUTHORIZED TO SIGN** S.R. DEBEAUX, DK1, USN  LPO BYDIROIC

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | RELEASED FROM ACTIVE DUTY & TRF'D TO NAVRES |
| 24. CHARACTER OF SERVICE | HONORABLE |
| 25. SEPARATION AUTHORITY | MILPERSMAN 1910-104 |
| 26. SEPARATION CODE | MBK |
| 27. REENTRY CODE | RE-1 |
| 28. NARRATIVE REASON FOR SEPARATION | COMPLETION OF REQUIRED ACTIVE SERVICE |
| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | TL: NONE |
| 30. MEMBER REQUESTS COPY 4 (Initials) | TRH |

DD FORM 214, FEB 2000
(PP/FF - WHS/DIOR)  PREVIOUS EDITION IS OBSOLETE.  SERVICE - 2

# EXHIBIT C

# Paul Downing

**From:**
**Sent:** Thursday, May 28, 2020 12:20 PM
**To:** Paul Downing
**Subject:** email from Thomas Hill

Hello Mr. Downing,
I was thinking that any volunteer work or community service that Thomas had done in the past might be helpful towards his defense, so I had asked him to write down anything he could think of that might help so that I could send it to you. This is what he said.....

"I told you on the phone that I would write down everything I could think of that I've done that might help. My Hillsborough Community College Associates in Arts degree is with honors. During my time in the honors program there, I served approximately 10 community service hours.
While employed at HCC, I assisted with the Science Olympiad 4 to 6 times, which is a yearly event that hosts educational competition between grade level schools across Florida (leading to national competition, but not at HCC) in the area of science. Each event is a full day event usually lasting 8 to 12 hours in total. Debbie Gosh was the acting dean at HCC when I left, and she could vouch as witness for my participation in at least two of those events if not more.
Since I've been in jail, from the first two week stay for the state and continuing for the feds the last year, I've continuously sought out ways to help other inmates in education. The first stay (two weeks) I was helping four different guys with mathematics, aimed at helping them get their GED. When I got taken in by the feds I also found someone to teach math to, and I began helping one of the Hispanic inmates learn English. At citrus, for the two or so weeks before he left, I had one Hispanic inmate interested in learning English. Finally, here at the Hernando jail, I've spent numerous hours helping many Hispanic inmates learn English, some non-Hispanic inmates to learn Spanish, and I helped one inmate to learn to read in Spanish (he spoke Spanish natively but never learned to read it) and begin to learn English as well. If all those hours are counted as "community service" I could claim an estimated 200 hours at minimum teaching others in jail in the year of time I've served so far.
When I wasn't helping to teach something to someone else, I have spent time teaching myself. I believe this also can be viewed in a positive light as a good thing to spend jail time on. Starting at Pinellas, I started to teach myself Spanish from books which I could find in both languages (which acted as a makeshift dictionary) and with the help of other inmates. I have continued learning and reading in Spanish and study almost every day.
Also at Pinellas I was introduced to Buddhism through a cell-mate, which I have taken to as a study of it's own. I have read every book I have been able to gain access to on it, thousands of pages in total, and have read some of them several times. I've taken to heart the lessons taught and given them the seriousness of thought and meditation that I would apply to any other study. The Citrus county jail had tablets, and I completed many educational courses on the system they had. I believe it was called Edovo or Edvo. The system said it was accessible from outside and had certificates of completion that could be printed out. If you try to find out more, I believe it would be connected to my inmate number while at Citrus, which you should have written down somewhere. Lastly, although chess is "just" a game, I have taken up study of the game with the aid of a book written by a grandmaster that happened to be here. Even this, I feel, is better than alternatives I could spend my time on in here, so I have mentioned it.
This is everything I can think of right now."